# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SISNEROZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WHITMAN, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F   05 00519 AWI LJO P<br><br>ORDER CONSTRUING "MOTION OF RESPONSE AND OBJECTION TO MAGISTRATE ORDER" AS MOTION FOR RECONSIDERATION  (Doc. 14.)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION (Doc. 14.) |

　　　Frank Sisneroz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On August 4, 2005, this Court issued an Order severing Plaintiff's claims as they were contained in a Complaint with numerous Plaintiff's.  Plaintiff was also ordered to file an Amended Complaint within thirty (30) days of service of the Order.

　　　On August 30, 2005, Plaintiff filed a pleading titled "Motion of Response and Objection to Magistrate Order."  The District Court denied the Motion as a Motion for Reconsideration and denied the request.  To date, no Amended Complaint has been filed.  Accordingly, the Court HEREBY ORDERS Plaintiff SHALL SHOW CAUSE within thirty days of the date of service of this Order why the action should not be dismissed for his failure to file an Amended Complaint as ordered by the Court.

IT IS SO ORDERED.

**Dated:   March 15, 2006**　　　　　　　／s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1