# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SISNEROZ, | CV F   05 00519 AWI LJO P |
| Plaintiff, | |
| v. | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED MAY 30, 2006.  (Doc. 25.) |
| WHITMAN, et. al., | |
| Defendants. | |

Frank Sisneroz ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on April 20, 2005.  On August 4, 2005, this Court issued an Order severing Plaintiff's claims as they were contained in a Complaint with numerous Plaintiff's.  Plaintiff was also ordered to file an Amended Complaint within thirty (30) days of service of the Order.

On August 30, 2005, Plaintiff filed a pleading titled "Motion of Response and Objection to Magistrate Order."  The District Court denied the Motion as a Motion for Reconsideration and denied the request.

On March 15, 2006, the Court issued an Order to Show Cause why the case should not be

1

dismissed for Plaintiff's failure to file an Amended Complaint.  Plaintiff responded to the Order on April 11, 2006, saying he did not believe he needed to file an Amended Complaint.  On April 13, 2006, the Court discharged the Order to Show Cause, and issued an Order dismissing the Complaint with leave to amend.  However, Plaintiff did not submit an Amended Complaint within the allotted time frame.  Thus, the Court issued Findings and Recommendations to dismiss the action for Plaintiff's failure to prosecute on May 30, 2005.  Plaintiff did, however, file an untimely Amended Complaint as well as Objections to the Findings and Recommendations.  Given Plaintiff's belated compliance in submitting the Amended Complaint, the Court will vacate the Findings and Recommendations and proceed with the case.

Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendations issued May 30, 2006, are VACATED (Doc. 25.)

The Court will proceed with its screening of the case in due course.  Plaintiff should keep the Court apprised of his current address so as to receive all documents issued or filed relating to his case.

IT IS SO ORDERED.

**Dated:   June 16, 2006**              **/s/ Lawrence J. O'Neill**
b9ed48                                  UNITED STATES MAGISTRATE JUDGE