1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| FRANK E. SISNEROZ, | 1:05-cv-00519-AWI-GSA-PC |
| Plaintiff, | ORDER FOR DEFENDANT TULARE COUNTY MENTAL HEALTH SERVICES |
| v. | TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS WITHIN THIRTY DAYS |
| WITTMAN, et al., | (Doc. 68.) |
| Defendants. | |

## I.   BACKGROUND

Plaintiff Frank E. Sisneroz ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action now proceeds on the Second Amended Complaint filed on May 12, 2008 and the Supplemental Complaint filed on June 1, 2009, against defendants Bill Whitman, the County of Tulare,[1] Thomas F. Johnson, and Tulare County Mental Health Services.[2]  (Docs. 34, 47.)

On September 21, 2011, the Court issued an order for Plaintiff to show cause why defendant Johnson should not be dismissed from this action based on Plaintiff's failure to

_____

[1] Plaintiff erroneously sued the County of Tulare as "Tulare County Board of Supervisors."  (Answer, Doc. 59 at 1:25-26.)

[2] Defendants Bill Whitman and Tulare County Mental Health Services have appeared in this action.  (Docs. 59, 67.)

1

1  provide information sufficient to effect service.  (Doc. 64.)  On October 17, 2011, Plaintiff filed a

2  motion to dismiss defendant Johnson from this action.  (Doc. 68.)  On October 19, 2011,

3  defendants County of Tulare and Bill Wittman filed a statement of non-opposition to Plaintiff's

4  motion to dismiss.  (Doc. 69.)

5  **II.     RULE 41**

6      Plaintiff requests that defendant Johnson be dismissed from this action.  Under Rule 41 of

7  the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action [against a defendant]

8  without a court order by filing a notice of dismissal before the opposing party serves either an

9  answer or a motion for summary judgment; or a stipulation of dismissal signed by all parties who

10 have appeared."  Fed. R. Civ. P. 41(a)(1)(A).  In this case, defendants County of Tulare and Bill

11 Wittman filed an answer to the complaint on August 26, 2011, and defendant Tulare County

12 Mental Health Services appeared by filing a notice of consent to Magistrate Judge jurisdiction on

13 October 26, 2011.  (Docs. 59, 65.)  Before Plaintiff can dismiss defendant Johnson from this

14 action pursuant to Rule 41, defendant Tulare County Mental Health Services must consent in

15 writing to the dismissal.  This defendant shall be required to respond in writing to Plaintiff's

16 motion to dismiss.

17 **III.    CONCLUSION**

18     Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of

19 this order, defendant Tulare County Mental Health Services shall respond in writing to Plaintiff's

20 motion to dismiss of October 17, 2011, indicating whether the defendant consents to the

21 dismissal of defendant Johnson, or whether the defendant has any reason to oppose the dismissal.

22

23     IT IS SO ORDERED.

24  **Dated:   October 19, 2011**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2