IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. SISNEROZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WHITMAN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-cv-00519-AWI-GSA-PC<br><br>ORDER VACATING SETTLEMENT CONFERENCE SCHEDULED FOR NOVEMBER 13, 2012<br><br>**SETTLEMENT CONFERENCE VACATED**<br><br>**Date:　November 13, 2012**<br>**Time:　10:30 a.m.** |

　　　Plaintiff is a former civil detainee proceeding pro se with this action pursuant to 42 U.S.C. § 1983. On September 25, 2012, the Court entered an order scheduling a settlement conference in this action to be held before the undersigned on November 13, 2012 at 10:30 a.m. (Doc. 77.) In the order, the parties were required to submit a signed Waiver of Disqualification or Notice of Non-Waiver by October 19, 2012. Id. A form Waiver was attached to the Court's order for use of the parties. Id. On October 19, 2012, Defendants filed a signed Waiver. (Doc. 78.) However, Plaintiff failed to submit a Waiver or Notice of Non-Waiver in compliance with the Court's order. (Court Docket.)

///

1            On October 30, 2012, the Court issued findings and recommendations, recommending that
2    this case be dismissed for Plaintiff's failure to comply with the Court's order. (Doc. 79.) Plaintiff
3    was given until November 6, 2012 in which to file objections. Id.  On November 5, 2012, Plaintiff
4    filed objections to the findings and recommendations, stating that "The Plaintiff will attach a waiver
5    to this respond [*sic*] to the Court." (Objections, Doc. 82 at 2.) Plaintiff did not attach a Waiver to
6    the objections, and to date, the Court has not received a Waiver or Notice of Non-Waiver from
7    Plaintiff.  (Court Record.)
8            The parties were advised in the Court's order of September 25, 2012, of the process they
9    were required to follow to participate in the settlement conference.  The parties were forewarned that
10   the settlement conference would not proceed if "any counsel, party or authorized person subject to
11   this order" failed to participate in the settlement conference. (Order, Doc. 77 at 2 ¶4.)  Plaintiff has
12   failed to participate in the preparations for the settlement conference.  Therefore, the settlement
13   conference shall be vacated from the Court's calendar.
14           Based on the foregoing, IT IS HEREBY ORDERED that the settlement conference scheduled
15   in this action before the undersigned on November 13, 2012 at 10:30 a.m. is VACATED from the
16   Court's calendar.

18       IT IS SO ORDERED.
19       Dated:   **November 8, 2012**            **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE