RECEIVED JAN 25 2013 CLERK U.S. ... EASTERN DISTRICT ... BY ___

LODGED JAN 2 5 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

FILED JAN 2 5 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

FRANK SISNEROZ
627 W. UNION AVENUE
PORTERVILLE, CA 93257

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Kathleen A. Taylor, # 131100, Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950   Fax: (559) 737-4319
E-mail: ktaylor@co.tulare.ca.us

Attorneys for Defendants, County of Tulare,
Tulare County and Bill Wittman

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ,<br><br>Plaintiff,<br><br>vs.<br><br>BILL WITTMAN, SHERIFF; COUNTY OF TULARE, et al.<br><br>Defendants. | Case Number: 1:05-CV-00519-AWI GSA (PC)<br>(Lead Case)<br><br>Stipulated Request for Dismissal |

The parties have agreed to resolve all claims asserted in Case Number 1:05-CV-00519 (including the claims asserted in the Supplemental Complaint filed in the action) on the following terms:

1. Plaintiff Frank Sisneroz agrees to accept the sum of two thousand dollars ($2,000.00) in full settlement of the claims asserted in the above-entitled action. This amount is intended to resolve all claims for recovery, including any claims for damages, punitive damages, fees, and costs.

2. The funds specified above will be paid in the form of a check payable to Frank E. Sisneroz delivered to an address to be specified by plaintiff within 30 days. A return receipt showing delivery to that address will be considered sufficient proof of full and complete performance of the defendant's obligation to deliver payment.

1

1 | As this stipulation resolves all matters at issue between the parties, they jointly request that
2 | this action be dismissed with prejudice, except that the court shall retain jurisdiction to enforce the
3 | terms of the settlement agreement set out above for a period of sixty days.

5 | Dated: January 23, 2013

*[signature]*
Frank E. Sisneroz

9 | Dated: January 22, 2013

*[signature]*
Kathleen A. Taylor
Deputy County Counsel
Counsel for Defendants

13 | KAT/7/10/2012/20111072/

It is so Ordered, Dated: 1-25-13

*[signature]*
United States District Judge

---

2

Stipulated Request for Dismissal